BENJAMIN URY, Respondent, *v.* NEW YORK CITY CAR ADVERTISING COMPANY, Appellant.

*Contract — services — master and servant — action to recover for alleged wrongful discharge from employment.*

*Ury* v. *New York City Car Adv. Co.*, 222 App. Div. 736, affirmed.
(Argued June 6, 1928; decided June 21, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 4, 1928, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for an alleged breach of a contract whereby defendant employed plaintiff as a solicitor of advertising, it being alleged that plaintiff was wrongfully discharged before the expiration of his term of employment.

*Caruthers Ewing, Clayton J. Heermance* and *S. Michael Ress* for appellant.

*Herman Shulman* and *Samuel Saltzman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.